**DENY and Opinion Filed May 3, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00159-CV

## IN RE KETTAN PATEL, BHARAT PATEL, AND JAYESH PATEL, Relators

**Original Proceeding from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-00572**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Osborne

Relators' March 1, 2022 petition for writ of mandamus challenges the trial court's order granting real parties in interest's motion to compel discovery of financial information. Entitlement to mandamus relief requires relators to show that the trial court has clearly abused its discretion and that they have no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on the record before us, we conclude relators have not shown their entitlement to the relief requested. *See In re Rowes*, No. 05-14-00606-CV, 2014 WL 2452723, at *1 (Tex. App.—Dallas May 30, 2014, orig. proceeding) (mem. op.)

(noting that "[a] court cannot grant mandamus relief unless the error was raised in the trial court," and that a party seeking mandamus "must direct the Court to where the argument was presented to the trial court"). Accordingly, we deny the petition for writ of mandamus.

/Leslie Osborne/

LESLIE OSBORNE

220159f.p05                              JUSTICE